UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-61882-RS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

RUSSELL'S AUTO GROUP LLC, a Florida Limited Liability Company and CORY PROPERTIES INC., a Florida Profit Corporation,

      Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Howard Michael Caplan, and Defendants, Russell's Auto Group LLC and Cory Properties, Inc. ("the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement and agree not to file any additional motions in this matter. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

| | |
|---|---|
| By: *Ronald E. Stern* | By: *Vincent B. Lynch* |
| Ronald E. Stern, Esq. | Vincent B. Lynch, Esq. |
| THE ADVOCACY LAW FIRM, P.A. | ELP GLOBAL, PLLC |
| 1835 E Hallandale Beach Blvd., #757 | 7901 KingsPointe Parkway, Suite 8 |
| Hallandale, Florida 33009 | Orlando, FL 32819 |
| Telephone: (954) 639-7016 | Telephone: (813) 727-4490 |
| Email: ronsternlaw@gmail.com | Email: v.lynch@elpglobal.com |
| Attorney for Plaintiff | Attorney for Defendants |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-61882-RS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

RUSSELL'S AUTO GROUP LLC, a Florida Limited Liability Company and CORY PROPERTIES INC., a Florida Profit Corporation,
      Defendants.
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 04, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., #757
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff, HOWARD MICHAEL CAPLAN