UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61882-CIV-SMITH

HOWARD MICHAEL CAPLAN,

        Plaintiff,

vs.

RUSSELL'S AUTO GROUP, LLC, *et al.*,

        Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE 10]. Upon consideration, it is:

ORDERED that:

1. This matter is **DISMISSED with prejudice.**

2. All pending motions are **DENIED as moot.**

3. Each party shall bear its own attorney's fees and costs.

4. This case is **CLOSED.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 4th day of December, 2024.

                                      RODNEY SMITH
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record